# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL, : No. 2146 Disciplinary Docket No. 3
Petitioner :
: No. 153 DB 2013
v. :
: Attorney Registration No. 48637
WILLIAM NIVAN RENWICK, :
Respondent : (Allegheny County)

## O R D E R

**PER CURIAM**

**AND NOW**, this 14th day of May, 2015, upon consideration of the Report and Recommendations of the Disciplinary Board dated March 12, 2015; it is hereby

ORDERED that William Nivan Renwick is suspended from the Bar of this Commonwealth for a period of two years, and he shall comply with all the provisions of Pa.R.D.E. 217.

It is further ORDERED that Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).